IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:19-mj-590

    vs. : HONORABLE SHARON L. OVINGTON

Thompson, Steven :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on October 9, 2019 and adds the following conditions:

*1. Participate in and complete a Cognitive Life Skills program under the guidance and supervision of the U.S. Pretrial Services Office.*

All other bond conditions remain in full force and effect.

Date: 11-25-19

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE